O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERTO HERRERA, | ) | Case No. CV 12-9457-JAK (DTB) |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS, |
| vs. | ) | CONCLUSIONS AND |
| | ) | RECOMMENDATIONS OF UNITED |
| CONNIE GIPSON, | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge. Objections to the Amended Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Amended Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: May 31, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1