JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | ) Case No. CV 12-9457-JAK (DTB) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| vs. | ) |
| CONNIE GIPSON, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 31, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1