JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>        Petitioner,<br><br>   vs.<br><br>CONNIE GIPSON,<br><br>        Respondent. | Case No. CV 12-9457-JAK (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 31, 2013

                                        JOHN A. KRONSTADT
                                        UNITED STATES DISTRICT JUDGE